AO 442 (Rev. 11/11) Arrest Warrant

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.

JAMES JOSEPH OWENS

*Defendant*

Case No. CR 26-217 JB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAMES JOSEPH OWENS, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-8: 18 U.S.C. § 1343: Wire Fraud;
Counts 9-31: 18 U.S.C. § 1957: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity;
Count 32: 26 U.S.C. § 7201: Attempt to Evade and Defeat Tax.

Date: 01/21/2026

N. Maestas
*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 01/22/2026, and the person was arrested on *(date)* 01/23/2026 at *(city and state)* ________.

Date: 01/23/2026

[signature]
*Arresting officer's signature*

Daryl Aragon, Special Agent
*Printed name and title*