**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 26-CR-217 KG

JAMES OWENS,

Defendant.

**NOTICE OF NON-AVAILABILITY**

**COMES NOW,** Martín Juárez, Assistant Federal Public Defender, counsel for Defendant, and hereby notifies the Court and counsel of record that he will be unavailable from May 25, 2026 through May 29, 2026.

**WHEREFORE** Counsel respectfully requests that any hearings, trial matters, depositions and any other matters not be scheduled during the above time period as counsel will be out of the office and unavailable.

Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489 O | (505) 346-2494 F
Martin_Juarez@fd.org

/s/ *Filed electronically May 13, 2026*
MARTÍN JUÁREZ, AFPD
Attorney for Defendant