**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. No. CR 26-0217 KG

JAMES OWENS,

Defendant.

**ORDER AND TRIAL NOTICE**

THIS MATTER is before the Court on Defendant's Unopposed Motion to Continue Status Conference, Trial and Extend Motions Deadline (Doc.37). The Court, having reviewed the motion, being advised that it is unopposed by Assistant U.S. Attorney Sean Sullivan, and having weighed the representations made in the motion, finds that granting the requested continuance outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161, for the reasons set forth in the defendant's Motion.

Specifically, the Court finds that this constitutes the Defendant's first motion to continue the trial setting in this case. Further, the requested continuance of one hundred and twenty (120) days is reasonably needed to enable Defendant to complete the outstanding tasks set forth in his Motion, including: to permit substitute counsel to review the voluminous discovery disclosures in the instant case; to permit counsel to meet with the Defendant regarding the discovery; enable Defense to complete an independent investigation into the facts alleged in the Indictment, and to retain appropriate experts. Additionally, a continuance will provide the parties with additional time in which to discuss a possible negotiated settlement of this matter, which would conserve judicial and prosecutorial resources, and could materially benefit the Defendant by providing him

access to a more favorable resolution of this matter. Accordingly, the Court finds that the need for a continuance outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C § 3161(h)(7), *United States v. Hernandez-Mejia*, 406 Fed. App'x. 330, 338 (10th Cir. 2011), *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009).

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion is granted; the motions deadline and Jury Trial setting are hereby continued for one hundred and twenty (120) days; the Jury Trial is continued to March 8, 2027 at 9:00 a.m. in Santa Fe - 201 Martha Vázquez Historical Courtroom; the Pretrial Conference is continued to March 2, 2027, at 10:00 a.m. in Santa Fe - 201 Martha Vázquez Historical Courtroom; and that pursuant to 18 U.S.C. § 3161(h)(7)(A), the delay resulting from the continuance shall be excluded for purposes of the Speedy Trial Act.

Further, in advance of the March 8, 2027 trial setting, the Court will call the case for a Status Conference on February 9, 2027 at 10:00 a.m. in Santa Fe - 201 Martha Vázquez Historical Courtroom - Remote, and will impose a Plea Agreement deadline of February 22, 2027.

IT IS SO ORDERED.

/s/ Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Submitted by:

*/s/ Ryan J. Villa*
Ryan J. Villa, Attorney for Mr. Owens

Approved by:

*/s/ Sean Sullivan*
Sean Sullivan, Assistant United States Attorney