**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case. No. 1:26-cr-00217 KG

JAMES JOSEPH OWENS,

Defendant.

**NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

The United States hereby notifies the Court that Assistant United States Attorney Stephen R. Kotz withdraws as counsel of record for the United States, and Assistant United States Attorney Taylor F. Hartstein enters his appearance as co-counsel on behalf of the United States to address matters relating to asset forfeiture.

The United States respectfully requests that the Court deliver all future notices, pleadings and correspondence to Taylor F. Hartstein.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

*Electronically filed*
TAYLOR F. HARTSTEIN
Assistant United States Attorney
201 Third St., NW, Suite 900
Albuquerque, NM 87102
(505) 224-1431

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties and counsel of record to be served, as more fully reflected on the Notice of Electronic Filing.

*/s/ Taylor F. Hartstein*
TAYLOR F. HARTSTEIN
Assistant United States Attorney