FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
3/17/2025 10:35 AM
KATINA WATSON
CLERK OF THE COURT
Dawna Jarvis

Honorable Daniel E. Ramczyk
Second Judicial District Court
PO Box 488
Albuquerque, New Mexico 87102-0488

No. D-202-PB-2023-00242
Bernalillo County, New Mexico

**HAND DELIVERED**
**March 13, 2025**

Dear Judge Ramczyk,

Thank you for convening the Zoom conference this morning, occasioned by the anonymous correspondence received by the Court on February 26, 2025. Pursuant to the Court's request I am timely providing my exhibit of the Estimated Trust Assets. The exhibit reflects the balances of all Assets in the Trust, and identifies two savings accounts, which are not part of the trust - namely, the Nusenda Savings account and the Education Plan.

You will note that despite very few liquid assets at the moment of my colleague's death, there has been a 15.9% appreciation in the Gross estate since the opening of the Probate matter in January 2023.

I also wish to note that I have recorded over 400 hours in caring for the family just since the start of the current school year. The family has not been billed for any of my time caring for my friend's 15 year old daughter and his 52 year old widow, since August, 2022.

If you have any questions, please call or write.

Very truly yours,

James J. Owens
Principal, Santa Barbara Advocacy Center

Enclosures: Statement of Estimated Assets
CV

John G Travers Revocable Family Trust Statement of Estimated Assets

| **Description** | ***3/1/2023*** | ***12/31/2023*** | ***12/31/2024*** | ***of Return*** | ***3/11/2025*** | |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Checking/Savings: | | | | | | |
| Nusenda FCU | $ 114,783 | $ 114,800 | $ 114,800 | 0.3500% | $ 115,000 | |
| Janus Henderson | $ 4,593 | | | | | |
| IRA/Beneficiary | | | | | | |
| Am Century | $ 315,116 | $ 333,329 | $ 294,198 | 7.9% | $ 275,122 | |
| Vanguard | $ 234,000 | $ 276,154 | $ 283,234 | | $ 263,753 | |
| SEP | $ 53,000 | | | | | |
| **Real estate:** | | | | | | |
| [redacted] | $ 380,000 | $ 385,000 | $ 400,000 | | $ 433,000 | |
| Freedom ($1,672/mo | $ (167,000) | $ (165,000) | $ (148,000) | | $ (146,420) | Mortgage |
| **College Funds:** | | | | | | |
| The Education Plan | $ 38,010 | | $ 53,536 | | $ 53,536 | |
| **Total Assets:** | **$ 857,719** | **$ 829,483** | **$ 882,968** | | **$ 993,991** | |