FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/26/2025 11:23 AM
KATINA WATSON
CLERK OF THE COURT
Jennie L Sotelo

D-202-PB-2023-00242

To: Judge Daniel E. Ramczyk:

Mr. James Joseph Owens has been accused of stealing more than Two Million, Three Hundred Thousand Dollars (2,300,000) from a religious organization to which he was the treasurer. He was caught as he was trying to steal an additional One and Half Million Dollars (1,500,000). Mr. Owens is a licensed attorney in New Mexico. Mr. Owens has been sued by the religious order from which he stole for recovery of the stolen funds. *Docket No. D-202-CV-2023-0548*

*In the Matter of John G. Travers, D-202-PB-202300242,* filed March 29, 2023, in your court, James Joseph Owens, was appointed personal representative of an estate involving a minor child whose surviving parent does not speak English as a primary language. The estate of Mr. Travers has assets which should be protected and disbursed to the minor. After being appointed Personal Representative Mr. Owens permitted this case to be dismissed for lack of prosecution, thereby leaving him with Letters Testamentary giving him access to the estates assets, while having no accountability to the minor or to the Court.

In the lawsuit filed by the religious order, funds are being set aside pay back the stolen funds. It is possible that Mr. Owens is using assets from the Travers estate to pay back the money he stole from the religious organization.

This correspondence alerts the Court of these matters.

DR 2-26-25
(1) Prepare order of reinstatement.
(2) Set for 30 min status hrg w/in 21 days