| Posted Date | From Account | From Account Name | To Account Name | Deposit |
|---|---|---|---|---|
| 3/8/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 500.00 |
| 3/31/2023 | 0288 | John G Travers Family RVOC Trust | James Joseph Owens MSW JD CPA | $ 50,000.00 |
| 5/10/2023 | 0288 | John G Travers Family RVOC Trust | James Joseph Owens MSW JD CPA | $ 1,750.00 |
| 5/25/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 66.72 |
| 6/22/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 525.00 |
| 8/22/2023 | 0288 | John G Travers Family RVOC Trust | James Joseph Owens MSW JD CPA | $ 6,500.00 |
| 10/25/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 310.00 |
| 10/25/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 894.00 |

| | | | | |
|---|---|---|---|---|
| 10/25/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 953.13 |
| 10/26/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 975.00 |
| 11/1/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 200.00 |
| 11/1/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 300.00 |
| 11/6/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 450.00 |
| 11/10/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 500.00 |
| 11/13/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 450.00 |
| 11/16/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 252.00 |
| 11/20/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 417.08 |

| | | | | |
|---|---|---|---|---|
| 11/22/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 250.00 |
| 11/22/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 1,800.00 |
| 11/24/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 610.00 |
| 11/24/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 1,763.45 |
| 11/27/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 150.00 |
| 11/27/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 315.89 |
| 11/27/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 340.06 |
| 11/29/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 250.00 |
| 12/1/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 750.00 |

| | | | | |
|---|---|---|---|---|
| 12/6/2023 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 354.00 |
| 1/8/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 2,500.00 |
| 10/1/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 20.00 |
| 10/3/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 2,500.00 |
| 10/8/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 2,652.00 |
| 11/7/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 2,000.00 |
| 11/21/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 375.00 |
| 11/22/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 500.00 |
| 11/25/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 500.00 |

| | | | | |
|---|---|---|---|---|
| 11/25/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 500.00 |
| 12/9/2024 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 255.00 |
| 1/2/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 100.00 |
| 1/8/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 100.00 |
| 1/15/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 120.00 |
| 1/16/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 55.00 |
| 2/4/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 605.52 |
| 2/5/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 950.00 |
| 2/25/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 375.00 |

| | | | | |
|---|---|---|---|---|
| 5/5/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 149.00 |
| 7/8/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 300.00 |
| 7/25/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 143.75 |
| 7/28/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 450.00 |
| 8/25/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 250.00 |
| 9/3/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 400.00 |
| 10/2/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 250.00 |
| 10/9/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 950.00 |
| 10/9/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 1,500.00 |

| | | | | |
|---|---|---|---|---|
| 10/20/2025 | 5936 | Est of John George Travers James J Owens Exec | James Joseph Owens MSW JD CPA | $ 350.00 |
| 4/7/2023 | 0288 | John G Travers Family RVOC Trust | James J Owens | $ 7,000.00 |
| 4/10/2023 | 0288 | John G Travers Family RVOC Trust | James J Owens | $ 19,999.00 |
| 4/12/2023 | 0288 | John G Travers Family RVOC Trust | James J Owens | $ 1,000.00 |
| 4/13/2023 | 0288 | John G Travers Family RVOC Trust | James J Owens | $ 21,000.00 |
| 4/19/2023 | 0288 | John G Travers Family RVOC Trust | James J Owens | $ 30,000.00 |
| 4/20/2023 | 0288 | John G Travers Family RVOC Trust | James J Owens | $ 21,000.00 |
| 5/10/2023 | 5936 | Est of John George Travers James J Owens Exec | James J Owens | $ 1,750.00 |
| 7/11/2023 | 5936 | Est of John George Travers James J Owens Exec | James J Owens | $ 15,000.00 |
| 10/10/2023 | 5936 | Est of John George Travers James J Owens Exec | James J Owens | $ 3,000.00 |

| | | | | |
|---|---|---|---|---|
| 11/21/2023 | 5936 | Est of John George Travers James J Owens Exec | James J Owens | $ 411.86 |
| 11/21/2023 | 5936 | Est of John George Travers James J Owens Exec | James J Owens | $ 1,670.30 |
| 12/12/2024 | 5936 | Est of John George Travers James J Owens Exec | James J Owens | $ 50.00 |
| 6/10/2025 | 5936 | Est of John George Travers James J Owens Exec | James J Owens | $ 175.00 |
| 8/13/2025 | 5936 | Est of John George Travers James J Owens Exec | James J Owens | $ 300.00 |